IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN C. BERKERY, SR. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 20-1910 |
| | : | |
| STATE FARM MUTUAL | : | |
| AUTOMOBILE INSURANCE | : | |
| COMPANY | : | |

**ORDER**

AND NOW, this 10th day of March, 2021, upon consideration of Defendant State Farm Mutual Automobile Insurance Company's Motions to Dismiss, pro se Plaintiff John C. Berkery Sr.'s response, and State Farm's reply, it is ORDERED the Motions (Documents 8, 11) are GRANTED and Berkery's Amended Complaint (Document 9) is DISMISSED with prejudice.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.